TONY TOOTELL, CA Bar No. 198042
  ttootell@foley.com
TROY S. TESSEM, CA Bar No. 329967
  ttessem@foley.com
COLE K. WALDHAUSER, CA Bar No. 345928
  cwaldhauser@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant ENVOY MORTGAGE LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GUTIERREZ, an individual,<br><br>                              Plaintiff,<br><br>         vs.<br><br>ENVOY MORTGAGE LTD., a Texas company; and DOES 1 through 10, inclusive,<br><br>                              Defendant. | Case No. 5:23-cv-979<br><br>**DEFENDANT ENVOY MORTGAGE LTD.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 (DIVERSITY OF CITIZENSHIP AND AMOUNT IN CONTROVERSY)**<br><br>Removed from Superior Court of California, County of Monterey<br><br>State Case No.: 23CV00312<br><br>Complaint Filed: January 31, 2023 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

1. **PLEASE TAKE NOTICE** that Defendant Envoy Mortgage LTD ("Envoy" or "Defendant"), pursuant to 28 U.S.C. § 1332, hereby invoke this Court's jurisdiction and remove the above-captioned case, pending in Superior Court of California, County of Monterey (the "State Court"), Case No.23CV000312, and all claims and causes of action therein, to the United States District Court for the Northern District of California. The grounds for removal are as follows:

## I. STATE COURT ACTION

2. Plaintiff Orlando Gutierrez commenced this action on or about January 31, 2023 by filing a Complaint (the "Complaint") for Declaratory Relief. A true and correct copy of the Complaint is attached to the accompanying declaration and incorporated herein by reference. (Declaration of Tony Tootell ("Tootell Decl."), Ex. A.)

3. Defendant was served with the Complaint and Summons on February 1, 2023. No motions are currently pending in state court. (Tootell Decl., ¶ 3, Exs. B-C.)

## II. TIMELINESS

4. Because Defendant was served with the Complaint on February 1, 2023, Defendant's deadline to file a Notice of Removal is March 3, 2023. The present Notice is timely. *See* 28 U.S.C. § 1446(b).

## III. VENUE

5. Venue for purposes of removal of this Action is proper under 28 U.S.C. § 1446(a), which provides for removal of any civil action to the federal district court of the district and division embracing the place where the action is pending.

6. Pursuant to 28 U.S.C. § 1441(a), venue for removal lies in the United States District Court for the Northern District of California, because Plaintiff originally filed the Complaint within this district.

## IV. NOTICE

7. Defendant is filing with the Clerk of the State Court in which the action is currently pending a Notice to State Court and Adverse Parties of Removal, together with this Notice of Removal

and supporting documents, pursuant to 28 U.S.C. § 1446(d).  (Tootell Decl., ¶ 4.)

8. Defendant is also serving copies of the Notice to State Court and Adverse Parties of Removal together with this Notice of Removal on Plaintiff pursuant to 28 U.S.C. § 1446(d).  (Tootell Decl., ¶ 5.)

## V. DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332(A)(1)

9. This action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441.

10. The face of the Complaint alleges that Plaintiff is a California citizen, residing in the County of Monterey, California.  (Tootell Decl., Ex. A, ¶ 1.)

11. The face of the Complaint alleges that Defendant is a Texas company with its principal place of business in Houston, Texas.  (Tootell Decl., Ex. A, ¶ 2.)  These facts are independently confirmed by Texas Secretary of State records of which the Court may take judicial notice.  (Tootell Decl., Ex. D.)

12. Plaintiff and Defendants are therefore citizens of different states and satisfy the diversity requirements of 28 U.S.C. § 1332(a)(1).

## VI. PLAINTIFF ALLEGES A SUFFICIENT AMOUNT IN CONTROVERSY

13. This action meets the amount in controversy requirements of 28 U.S.C. § 1332(a) of $75,000.

14. "In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation." *Century Sur. Co. v. J. Quinn Const.*, No. CV 09-06085 DDP JEMX, 2010 WL 330246, at *3 (C.D. Cal. Jan. 20, 2010) (quoting *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347 (1977)). To determine the amount in controversy, the Ninth Circuit looks to the pecuniary effect an adverse declaration will have on either party to the lawsuit. *Linkjendal v. ReliaStar Life Ins. Co.*, No. CV 09-7692 GAF (CWX), 2009 WL 10675193, at *2 (C.D. Cal. Dec. 1, 2009) (citing *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 405 n.6 (9th Cir. 1996); *Hartford Ins. Group v. Lou–Con Inc.*, 293 F.3d 908, 911 (5th Cir.2002) ("[I]n declaratory judgment cases that involve the applicability of an insurance policy to a particular occurrence, the jurisdictional amount in controversy is measured by the value of the

underlying claim.").

15. Here, the face of the Complaint seeks declaratory relief regarding Plaintiff's obligations to repay a $300,000 loan. (Tootell Decl., Ex. A, ¶¶ 11-14, Ex. A.) Thus, the object of the litigation is Defendant's $300,000 loan to Plaintiff and any adverse declaration against Defendant's rights will result in a negative pecuniary effect of $300,000.

16. Because Plaintiff seeks declaratory relief that would determine Plaintiff's obligations to repay a $300,000 loan plus interest, the amount in controversy exceeds the $75,000 threshold.

17. Plaintiff's demands therefore satisfy the amount in controversy requirement for the purpose of diversity removal. *See* 28 U.S.C. § 1332(a).

## VII. CONCLUSION

18. As set forth above, Defendants have met the requirements for removal of this action under 28 U.S.C. §§ 1332, 1441, and 1446, and therefore this action must now be removed to this Court.

19. This Notice of Removal is filed subject to and with full reservation of rights including but not limited to, defenses and objections to venue, improper service of process, and personal jurisdiction. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

DATED: March 3, 2023

**FOLEY & LARDNER LLP**
Tony Tootell
Troy S. Tessem
Cole K. Waldhauser


    */s/ Tony Tootell*
Tony Tootell
Attorneys for Defendant ENVOY MORTGAGE LTD.

DEFENDANT ENVOY MORTGAGE LTD.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 (DIVERSITY OF CITIZENSHIP AND AMOUNT IN CONTROVERSY)
-4-
Case No. 5:23-cv-979

4855-7275-1184.3

# PROOF OF SERVICE

I am employed in the **County of Los Angeles, State of California**. I am over the age of 18 and not a party to this action; my current business address is 555 South Flower Street, Suite 3300**, Los Angeles, CA 90071-2418.**

On March 3, 2023, I served the foregoing document(s) described as: **DECLARATION OF TONY TOOTELL IN SUPPORT OF DEFENDANT ENVOY MORTGAGE LTD.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 (DIVERSITY OF CITIZENSHIP AND AMOUNT IN CONTROVERSY)** on the interested parties in this action as follows:

| | |
|---|---|
| Allen Kent Hutkin, Esq.<br>ahutkin@hutkinlaw.com<br>Donald Lee Mabry, Esq.<br>dmabry@hutkinlaw.com<br>HUTKIN LAW FIRM<br>1220 Marsh St.<br>San Luis Obispo, CA 93401<br>Phone:  (805) 544-1500<br>Fax:      (805) 544-1532 | *Attorneys for Plaintiff,*<br>ORLANDO GUTIERREZ |

  X   　BY MAIL
　　　　I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at Los Angeles**, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

　　　　　BY E-MAIL
　　　　I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

　　　　　BY CM/ECF NOTICE OF ELECTRONIC FILING:
　　　　I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

  X   　Executed on March 3, 2023, at Los Angeles**, California.**

  X   　I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X   　I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　　　　　　　　Juana A. Fuentes

DEFENDANT ENVOY MORTGAGE LTD.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 (DIVERSITY OF CITIZENSHIP AND AMOUNT IN CONTROVERSY)
-5-
Case No. 5:23-cv-979